FILED

07/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0336



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0336

MARY E. VanBUSKIRK and ROGER A.
BARBER,

      Plaintiffs and Appellants,

    v.

                                        ORDER OF MEDIATOR APPOINTMENT

PATRICIA DOW GEHLEN and
RAYMOND G. GEHLEN,
Trustees, GEHLEN PATRICIA DOW
TRUST,

      Defendants and Appellees.

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

      IT IS ORDERED THAT **Leslie Ann Budewitz, P.O. Box 1001, Bigfork, MT 59911, (406)260-0407, [leslie@lesliebudewitz.com](mailto:leslie@lesliebudewitz.com),** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this July 14, 2020.

                                     _____

                             Bowen Greenwood, Clerk of the Supreme Court

c:       Samantha P. Travis, Randall S. Ogle, Attorneys for Appellants, P.O. Box 899, Kalispell, MT  59903, (406)752-7550, samantha@owtlawoffice.com, rsogle@owtlawoffice.com

Patricia Dow Gehlen, Raymond G. Gehlen, 7630 Bristolwood Drie, Castle Pines, CO 80108, gehlendow@hotmail.com

Leslie Ann Budewitz, see address information above